**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1015**

CHONG SU YI,

Plaintiff – Appellant,

v.

CAPITAL ONE N.A.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  George Jarrod Hazel, District Judge. (8:14-cv-03828-GJH)

Submitted: April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chong Su Yi, Appellant Pro Se. Matthew Allen Fitzgerald, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yi v. Capital One N.A., No. 8:14-cv-03828-GJH (D. Md. Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED